```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
YUSEF HARRISON                            :
                                          :
                Plaintiff,                :
                                          :    08 Cv. 10987 (BSJ)
        v.                                :       Order
                                          :
BRIAN FISCHER, ET. AL.,                   :
                                          :
                Defendants.               :
------------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Upon receipt of a letter from Plaintiff in the above-captioned matter and with the consent of Defendants, the Court hereby extends Plaintiff's deadline to file an opposition to Defendants' Motion to Dismiss until November 9, 2009. Defendants are directed to file their reply to Plaintiff's opposition by January 11, 2010.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 29, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09

1